**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 8, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00291-CR**

---

**IN RE ALFREDO GARZA, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 019095**

## MEMORANDUM OPINION

On April 19, 2024, relator Alfredo Garza filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Gary W. Chaney, presiding judge of the 506th District Court of Grimes County, to vacate the trial court's February 9, 2024 order granting the motion to disqualify defense counsel.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).